

**Office of the New York State Attorney General**

**Letitia James Attorney General**

April 9, 2025

<u>Via</u> <u>ECF</u>
Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

           RE:    <u>Colson v. Sanchez, et al.</u>, 23 Civ. 654 (NSR)

Dear Judge Román:

      I write on behalf of the Office of the New York State Attorney General ("OAG"), which currently represents Defendants Israel Sanchez and Dalton Beadle in the above-referenced action. This matter is currently scheduled for a status conference to be held on April 10, 2025 at 10:00 a.m. before Magistrate Judge Andrew E. Krause. (Dkt. No. 48). I write to respectfully request that the conference be rescheduled to a date and time at the Court's convenience.

      Plaintiff Ronald Colson is an incarcerated individual currently housed at Green Haven Correctional Facility ("Green Haven"). I contacted Green Haven to request that Plaintiff be produced at the above-referenced date and time. On April 9, 2025, I was informed that the facility is unable to produce Plaintiff for the scheduled conference as the phone booth is unavailable at that time.

      I thank the Court for its attention to this matter.

Respectfully,

*/s/ Daniel Luedtke*
Daniel Luedtke
Assistant Attorney General
(212) 416-8213
daniel.luedtke@ag.ny.gov

---

APPLICATION GRANTED. The conference scheduled for 4/10/2025 is hereby adjourned. The Court will issue a separate scheduling order with a new date and time for the rescheduled conference.

All future discovery-related applications should be addressed to Judge Krause.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

Dated: April 10, 2025
SO ORDERED.

*Andrew Krause*
ANDREW E. KRAUSE
United States Magistrate Judge