UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

RONALD COLSON,

                Plaintiff,                  **ORDER**

     -against-                         23 Civ. 654 (NSR) (AEK)

ANTHONY ANNUCCI, *et al.*,

                Defendants.

---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      A telephonic conference was held on May 5, 2025. The Court's rulings from that conference are memorialized below.

      1.     Defendants' counsel is directed to provide Plaintiff with new HIPAA release authorization forms for signature as soon as possible. Counsel should also provide to Plaintiff a self-addressed return envelope along with the HIPAA forms.

      2.     Plaintiff's deadline to respond to Defendants' document requests and interrogatories is hereby extended to May 20, 2025. Plaintiff is directed to send his responses to Defendants' documents requests and interrogatories, together with the signed HIPAA forms, to Defendants' counsel by mail using the return envelope that counsel will provide.

      3.     Defendants must provide a status report the Court by June 2, 2025.

      4.     The overall discovery deadline is hereby extended to June 5, 2025.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: May 6, 2025
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge