UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLSON,

                              Plaintiff(s),

              -against-                                    **23 CV 0654 (NSR)**

ANNUCCI, et al.,

                              Defendant(s).                **ADJOURNMENT ORDER**

NELSON S. ROMÁN, U.S.D.J.:

        As it is unclear whether or not discovery has been completed, it is hereby

        ORDERED that the above case is scheduled for **a telephonic Status Conference on**

**June 30, 2025 is adjourned** *sine die.*

        Upon completion of discovery, Defendant's counsel is directed to notify this Court in

writing within five (5) business days. Defendant's counsel is also directed to serve a copy of this

Order on pro se Plaintiff at the address on ECF and file proof of service e.


                                              SO ORDERED.

        Dated:    June 27, 2025
                  White Plains, NY

                                              _____
                                              Nelson S. Román, United States District Judge


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____6/27/2025____