**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
RONALD COLSON,

                             Plaintiff,                     23 **CIVIL** 0654 (NSR)

           -against-                           **JUDGMENT**

SGT. SANCHEZ and C.O. BEADLE,

                            Defendants.
-------------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 9, 2026, Defendants' motion for summary judgment is GRANTED, and Plaintiff's remaining Fourth Amendment claim is dismissed without prejudice for failure to exhaust administrative remedies; accordingly, the case is closed.

**Dated:**  New York, New York

     June 10, 2026

                                    **TAMMI M. HELLWIG**

                                _____

                                     **Clerk of Court**

                     **BY:**    _____

                                  **Deputy Clerk**